IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TOMMY RADFORD                                                                                          PLAINTIFF

vs.                                          Civil No. 13-CV-1073

A. TOLLISTER; J. HARPER;
GREGORY D. WOOD; EARL PORCHIA;
NATHAN GREELEY; AND DAVID NORWOOD                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 20, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Bryant recommends that Plaintiff's Motion for Leave to Proceed IFP (ECF No. 1) be denied. Judge Bryant further recommends that Plaintiff's Amended Complaint be dismissed without prejudice pursuant to the three strikes provision of the PLRA. 28 U.S.C. § 1915(g). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion for Leave to Proceed IFP (ECF No. 1) is **DENIED** and Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of January, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge